```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>              Plaintiff,           )<br>                                    )<br>     v.                             )<br>                                    )<br>ANTHONY W. BORBA, also known       )<br>as Tony W. Borba,                   )<br>                                    )<br>              Defendants.          )<br>_____) | 1:93-cv-05245-OWW-SMS<br><br>**STIPULATION FOR REMOVAL OF CONSENT DECREE OF PERMANENT INJUNCTION; ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA ("United States"), by and through undersigned counsel, and Defendant ANTHONY W. BORBA, also known as Tony W. Borba ("Defendant"), acting <u>pro se</u>, as follows:

   WHEREAS, the parties entered into a Consent Decree of Permanent Injunction, filed in this action on June 9, 1993 (Doc. 4);

   WHEREAS, Defendant has been in compliance with the Consent Decree of Permanent Injunction for the past several years;

   WHEREAS, Defendant has requested and the Food and Drug Administration has agreed to removal of the Consent Decree of Permanent Injunction;

WHEREAS, Defendant has agreed to comply with all applicable laws and regulations in the future;

IT IS HEREBY AGREED that the Consent Decree of Permanent Injunction, filed June 9, 1993, shall be removed.  Nothing in this stipulation is intended as an approval or release of any past or future conduct or violations by Defendant.

```
                                   Respectfully submitted,
Dated:  August 14, 2008.           McGREGOR W. SCOTT
                                   United States Attorney


                              By:  /s/Kimberly A. Gaab
                                   Kimberly A. Gaab
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff
                                   United States of America


Dated:  August 11, 2008.


                                   /s/Anthony W. Borba
                                   ANTHONY W. BORBA,
                                   also known as Tony W. Borba
                                   Defendant
```

IT IS SO ORDERED.

**Dated:   August 14, 2008**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE